IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEATHER COUCHMAN, et al. § § *Plaintiffs*, § § vs. § JACQUELYN CALLANEN, § et al., § § *Defendants.* § | § § § § § § § § § § | CIVIL ACTION NO.: 5:22-CV-929 |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION JURISDICTION)

Now Come Defendants Bexar County Elections Administrator Jacquelyn Callanen, Bexar County Judge Nelson Wolff, and Bexar County Commissioners Rebeca Clay-Flores, Justin Rodriguez, Marialyn Barnard, and Tommy Calvert, and file this Notice of Removal pursuant to 28 U.S.C. § 1446(a).

## INTRODUCTION

1. On August 1, 2022, pro se Plaintiffs Heather Couchman, Rodney Landry, Jarrett Woodward, Jana Willborn, Matthew Stuckey, Sylvia Ann Currie, Madelon Highsmith, Leigh Maddox, and Marsha Landry filed an original petition in Cause No. 2022-CI-14328, *Heather Couchman, et al. v. Jacquelyn Callanen, et al.*, in the 224th District Court, Bexar County, Texas ("State Court Action").[1]

2. Defendants were served with the Original Petition on August 10, 2022.[2]

3. Defendants Bexar County Elections Administrator Jacquelyn Callanen, Bexar County Judge Nelson Wolff, and Bexar County Commissioners Rebeca Clay-

---

[1] A true and correct copy of Plaintiffs' Original Petition is attached as Exhibit B.
[2] A true and correct copy of the Citations and Return of Service are attached as Exhibit D.

Flores, Justin Rodriguez, Marialyn Barnard, and Tommy Calvert file their notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).

## BASES FOR REMOVAL

4. Removal to this Court is proper because Plaintiffs' claims present federal questions within the subject matter of this Court pursuant to 28 U.S.C. §§ 1331 and 1441(a).

Throughout their suit, Plaintiffs call into question the validity of the votes cast in the November 2020 general election and all elections in Bexar County going forward because the electronic voting system utilized in those elections was supposedly improperly certified. To that end, Plaintiffs seek an order that, among other things: 1) vacates and sets aside all votes cast with an allegedly uncertified and illegal voting system; 2) implements a hand marked paper ballot and hand counting system; 3) prohibits Defendants from utilizing an electronic voting system to both cast and tabulate votes. (Exhibit B, pgs. 57-58). Plaintiffs assert their claims against Defendants under 42 U.S.C. § 1983, 42 U.S.C. § 1985, 42 U.S.C. § 1986, and 28 U.S.C. § 2201 for various state and federal law violations, and specifically cite to 28 U.S.C. § 1331 (Exhibit B, pg. 51). Plaintiffs specifically allege the Defendants "violated the federally protected rights of voting." (Exhibit B, pgs. 51, 55). Federal question subject matter jurisdiction is granted to this District Court under 28 U.S.C. § 1331, which provides district courts with original jurisdiction over civil actions that involve rights arising under the United States Constitution. 28 U.S.C. § 1331. Plaintiffs' constitutional claims should be properly removed to federal court based on the federal questions at issue. To the extent Plaintiffs set

forth any state law claims, the District Court shall have supplemental jurisdiction over the same. 28 U.S.C. § 1367.

5. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants remove this action to the United States District Court for the Western District of Texas, San Antonio Division, which is the judicial district and division in which the State Court Action is pending. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

6. In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this action to this Court.

## INDEX OF EXHIBITS

7. All file-stamped pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). Those filings consist of the following:

   a) Exhibit A: State District Court Docket Sheet;

   b) Exhibit B: Plaintiffs' Original Petition;

   c) Exhibit C: Plaintiffs' Request for Service and Process;

   d) Exhibit D: Certificate of Service for Defendants

   e) Exhibit E: Letters to Defendants and District Attorney Joe Gonzales; and

   f) Exhibit F: Notices of Hearing.

## JURY DEMAND

8. Defendants demand a jury trial as to any claims asserted by Plaintiffs.

## CONCLUSION AND PRAYER

9.     For the foregoing reasons, Defendants ask the Court to uphold this removal and to retain jurisdiction over this suit.

>Respectfully submitted,
>
>JOE D. GONZALES
>Bexar County Criminal District Attorney
>
>By: /s/ *Lisa V. Cubriel*
>LISA V. CUBRIEL
>State Bar No. 24045731
>Lisa.Cubriel@bexar.org
>ROBERT W. PIATT III
>State Bar No. 24041692
>Robert.Piatt@bexar.org
>Assistant District Attorneys,
>Civil Division
>101 W. Nueva, 7th Floor
>San Antonio, Texas 78205
>Telephone:  (210) 335-2142
>Facsimile:   (210) 335-2773
>***Attorneys for Respondents***

## CERTIFICATE OF SERVICE

I do hereby certify on the 26th day of August 2022, I electronically filed Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties. I also certify that on the 26th day of August, 2022, I filed in the state court action, through the state electronic system, a notice of removal to federal court, which provided electronic service upon all parties. I also certify that I sent a copy of the foregoing by electronic mail to all Plaintiffs:

>Heather Couchman
>HeatherNTX@protonmail.com
>Rodney Landry
>MrandMrslandry17@protonmail.com
>Jarrett Woodward
>Digging4au@protonmail.com
>Jana Willborn
>jwillborn@gmail.com
>Matthew Stuckey
>hunterofwine@gmail.com

Sylvia Ann Currie
Sylviaacurrie@hotmail.com
Madelon Highsmith
Highsmith@ME.com
Leigh Maddox
L.erin99@gmail.com
Marshal Landry
Mrandmrslandry17@protonmail.com
***Plaintiffs***


/s/ *Lisa V. Cubriel*

LISA V. CUBRIEL