FILED
July 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HEATHER LYNN COUCHMAN; RODNEY LANDRY; JARRETT WOODWARD; JANA WILLBORN; MATTHEW STUCKEY; SYLVIA ANN CURRIE; MADELON HIGHSMITH; LEIGH MADDOX; and MARSHA LANDRY

Plaintiffs

v.

JACQUELYN CALLANEN, Bexar County Elections Administrator; NELSON WOLFF, Bexar County Judge; JUSTIN RODRIGUEZ, Bexar County Commissioner; REBECA CLAY-FLORES, Bexar County Commissioner; MARIALYN BARNARD, Bexar County Commissioner; and TOMMY CALVERT, Bexar County Commissioner

Defendants

CIVIL NO. SA-22-CV-929-OLG

**ORDER**

Pending before the Court is Plaintiffs' Motion to Alter Judgment. Docket no. 30. Rule 59 motions must clearly establish either a manifest error of law or fact or must present newly discovered evidence. These motions cannot be used to raise arguments which could, and should, have been made before the judgment issued. The standards underlying Rule 59(e) "favor the denial of motions to alter or amend judgment." *Southern Constructors Group, Inc. v. Dynalectric Co.*, 2 F.3d 606, 611 (5th Cir. 1993).

The Court has reviewed Plaintiffs' motion, and finds neither a manifest error of fact or law nor newly discovered evidence. Plaintiffs clearly lacked standing to bring this suit and any further amendment of pleadings would have been futile.

It is therefore ORDERED that Plaintiffs' Motion to Alter Judgment (docket no. 30) is hereby DENIED.

SIGNED and ENTERED on the 6 day of July, 2023.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE